# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 4, 2022

Lyle W. Cayce
Clerk

No. 22-10075
Summary Calendar

Isaac K. Biegon,

*Plaintiff—Appellant*,

*versus*

City of Dallas; Dallas Police Department; Edgardo Garcia; Timothy Cordova; Joshua Hudgins; Tonya McClary; Ali Abubaker,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2006

Before Davis, Duncan and Engelhardt, *Circuit Judges*.

Per Curiam:*

Issac K. Biegon appeals the district court's order remanding this case to state court. The district court remanded the case because neither 28 USC §1441 nor 28 USC §1443 authorizes a plaintiff to remove a case to federal

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10075

district court. The right of removal is only granted to a defendant. We therefore AFFIRM the district court's order remanding this case back to the Dallas County Court of Law No. 4. *See Cooper v. City of Plano Texas*, 260 F. App'x 680 (5th Cir. 2007); *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 108 (1941).

AFFIRMED.